IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASSURITY LIFE INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1319 |
| | § | |
| JOSEPHINE F. HOLLEN AND MARK S. HOLLEN, as Executor of the Estate of Keith D. Hollen, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Counsel for the parties advised the court on September 10, 2013 that an amicable settlement has been reached in this interpleader action. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 30 days on presentation of adequate proof that the settlement could not be consummated or to seek an order of dismissal with prejudice. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

SIGNED on September 30, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge